1216

No. 12–8009.   CAREY v. ALABAMA.   Ct. Crim. App. Ala.   Certiorari denied.

No. 12–8011.   BUSH v. OKLAHOMA.   Ct. Crim. App. Okla. Certiorari denied.

No. 12–8025.   O'HALLORAN v. NEW YORK.   App. Div., Sup. Ct. N. Y., 3d Jud. Dept.   Certiorari denied.

No. 12–8027.   EDMISTON v. WELLS FARGO BANK.   C. A. 5th Cir.   Certiorari denied.

No. 12–8045.   BRAMMER v. CALIFORNIA.   Sup. Ct. Cal.   Certiorari denied.

No. 12–8051.   RICHARDSON v. UNITED STATES ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 12–8078.   GREER v. MICHIGAN.   Cir. Ct. Wayne County, Mich.   Certiorari denied.

No. 12–8079.   CARR v. TRAFFIC COURT OF TYLER, TEXAS. C. A. 5th Cir.   Certiorari denied.

No. 12–8084.   ROUSE v. WASHINGTON.   Sup. Ct. Wash.   Certiorari denied.

No. 12–8092.   WARD v. MEDINA, WARDEN, ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 12–8104.   EPPS v. SHEAHAN, SUPERINTENDENT, FIVE POINTS CORRECTIONAL FACILITY.   C. A. 2d Cir.   Certiorari denied.

No. 12–8108.   SOUZA v. CALIFORNIA.   Sup. Ct. Cal.   Certiorari denied.

No. 12–8118.   JONES v. WASHINGTON.   Ct. App. Wash.   Certiorari denied.

No. 12–8120.   BYARS v. MICHIGAN.   Cir. Ct. Washtenow County, Mich.   Certiorari denied.

No. 12–8147.   LAUDERMILL v. CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 12–8157.   SHANNON S. v. NEW YORK.   Ct. App. N. Y. Certiorari denied.